**Appeal Reinstated and Order filed May 24, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-08-00651-CV
_____

## RONALD KEITH BLOOMINGKEMPER, UNITED SECURITIES ALLIANCE, INC., AND MARKETING ALLIANCE, INC., Appellants

V.

## JOHN W. MCCAIN, SAVANNA MCCAIN, TIM SHOULDERS, MICHELLE SHOULDERS, TERRY YARBROUGH, MARK YAWS, AMY YAWS, KAREN WESSELS, BETTY J. WEST, BOBBY L. WEST, MICHAEL B. COCUREK, JAMES PETKAS, LEAH D. PETKAS, JAMES A. TOUCHSTONE, KEVIN WASNER, INTREPID INTERNATIONAL INVESTMENTS, INC., ARMANDO LOPEZ, HILDA PEREZ LOPEZ, and MAXIMO H. MARTINEZ, Appellees

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 97-45765

# O R D E R

We abated this appeal for a determination by the trial court whether missing portions of the reporter's record could be reconstructed. The trial court made findings

1

that: (1) appellants timely requested a reporter's record; (2) without the appellants' fault, a significant portion of the court reporter's notes and records was lost or destroyed; (3) the lost portion of the reporter's record is necessary to the appeal's resolution; and (4) the lost portion of the reporter's record could be replaced by agreement of the parties. *See* Tex. R. App. P. 34.6(f). Although ample time has been allowed (twelve months), a supplemental record containing the agreed replacement for the missing portion of the reporter's record has not been filed in this court.

Accordingly, the appeal is reinstated. Appellants are ordered to file a brief on the record before this court in this appeal on or before **June 25, 2012**. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution.

PER CURIAM